UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| RANDALL BUTTON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY<br>　　　　Defendant. | C.A. No. 11-563-M |

## ORDER

The matter is before this Court on Plaintiff's Objections (ECF No. 12) to the Report and Recommendation (R&R) issued by United States Magistrate Judge Patricia A. Sullivan. (ECF No. 11.) Defendant filed a response to the Plaintiff's objection. (ECF No. 13.) Magistrate Judge Sullivan recommends that Plaintiff's Motion to Reverse or Remand Commissioner's Decision (ECF No. 9) be denied and that the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 10) be granted.

Plaintiff objects to the R&R claiming that the Magistrate Judge was in error by recommending a finding that the Administrative Law Judge properly discounted the opinions of various treating physicians.

This Court's review of the R&R is pursuant to Rule 72(b)(3) of the Federal Rules of Civil Procedure: "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *See also* 28 U.S.C. § 636(b)(1). After careful, independent, and de novo review of the entire record, the R&R, all of Plaintiff's objections, and the Defendant's

response, this Court agrees with Magistrate Judge Sullivan's thorough and well-reasoned findings and recommendations for the reasons stated therein.

This Court accepts in total the R&R. Plaintiff's Motion to Reverse or Remand Commissioner's Decision (ECF No. 9) is DENIED and the Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 10) is GRANTED.

IT IS SO ORDERED.

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge

April 8, 2013